IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAROLD OGBURN,<br>    Petitioner, | Civil Action No. 7:06CV00192 |
| v. | **FINAL ORDER** |
| UNITED STATES PAROLE<br>COMMISSION, <u>et al.</u>,<br>    Respondents. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondents' motion to dismiss shall be **GRANTED**, and the petition shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

**ENTER**: This 13th day of July, 2006.

          /s/ Jackson L. Kiser
          Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 13 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK